**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Donato Larotonda <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-18345 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., and index same on the master mailing list.

                           Respectfully submitted,

                           **/s/Brian C. Nicholas, Esquire**
                           Brian C. Nicholas, Esquire
                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322 FAX (215) 627-7734