# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Donato Larotonda | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-18345MDC |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely

file the documents required by the order dated 12/5/16 and 2 Orders extending time until

1/5/17 & 2/5/17 and this case is

hereby DISMISSED.

February 14, 2017

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:

Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs